# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

### In Case No. 2005-0630, <u>Christopher Krochina v. Paul Taylor & a.</u>, the court on October 6, 2006, issued the following order:

On September 7, 2006, we received the order of the United States District Court for the District of New Hampshire remanding this case to this court. The plaintiff's motion to clarify and reconsider, filed on June 19, 2006, is denied. The defendant's request, set forth in their objection to the motion to void orders, for an award of attorney's fees is denied. The mandate shall be issued forthwith. See Rule 24.

Broderick, C.J., and Dalianis, Duggan, Galway and Hicks, JJ., concurred.

**Eileen Fox,**
**Clerk**

Distribution:
Clerk, Belknap County Superior Court  04-E-0108
Honorable Larry M. Smukler
Mr. Christopher Krochina
John T. Alexander, Esquire
Timothy E. Britain, Esquire
Clerk, United States District Court for the District of New Hampshire
Donna Craig, Supreme Court
File